**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 24-11821-pb |
| | : | |
| Giovanni DiGiulio | : | CHAPTER: 13 |
| | : | |
| Debtor | : | **Notice of Appearance** |
| | : | |
| | : | JUDGE.: PHILIP BENTLEY |
| | : | |

-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

                            **FRIEDMAN VARTOLO LLP**
                            Attorneys for SN Servicing Corporation as Servicer for
                            U.S. Bank Trust National Association, as Trustee of
                            Dwelling Series IV Trust
                            1325 Franklin Avenue, Suite 160
                            Garden City, NY 11530
                            Bankruptcy@FriedmanVartolo.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal, or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: November 7, 2024

                              By: /s/ Kathy McCullough Day
                              Kathy McCullough Day, Esq.
                              **FRIEDMAN VARTOLO LLP**
                              Attorneys for SN Servicing Corporation as Servicer for
                              U.S. Bank Trust National Association, as Trustee of
                              Dwelling Series IV Trust
                              1325 Franklin Avenue, Suite 160
                              Garden City, NY 11530
                              T: (212) 471-5100
                              F: (212) 471-5150

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
                                                                      :

IN RE:                                              :   CASE NO.: 24-11821-pb

Giovanni DiGiulio                              :   CHAPTER: 13

Debtor                                              :   **Notice of Appearance**

                                                                       :   JUDGE.: PHILIP BENTLEY

-------------------------------------------------------------------X

**CERTIFICATION OF SERVICE**

    I, Kathy McCullough Day, Esq., certify that on November 7, 2024, I caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                                  By: /s/ Kathy McCullough Day
                                                Kathy McCullough Day, Esq.
                                                **FRIEDMAN VARTOLO LLP**
                                                Attorneys for SN Servicing Corporation as Servicer for
                                                U.S. Bank Trust National Association, as Trustee of
                                                Dwelling Series IV Trust
                                                1325 Franklin Avenue, Suite 160
                                                Garden City, NY 11530
                                                T: (212) 471-5100
                                                F: (212) 471-5150

## **SERVICE LIST**

Giovanni DiGiulio
44 East 12th Street, Unit 5A
New York, NY 10003
***Bankruptcy Pro-Se Debtor***

Thomas C. Frost, Esq.
Chapter 13 Standing Trustee
399 Knollwood Rd
Suite 102
White Plains, NY 10603
***Bankruptcy Trustee***

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
***U.S. Trustee***